| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

LARRY GLENN ALLEN, *et al*. §
§
　　　　　Plaintiff, §
§
*versus* § CASE NO. 9:09-CV-100
§
FORD MOTOR COMPANY, *et al*. §
§
　　　　　Defendant. §

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendant TRW Vehicle Safety Systems, Inc.'s Motion for Partial Summary Judgment (#73) be denied as moot. No written objections have been filed. The Court, therefore, adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

ORDERED that the Motion for Partial Summary Judgment (#73), filed by Defendant TRW Vehicle Safety Systems, Inc. is **DENIED**.

SIGNED at Beaumont, Texas, this 10th day of December, 2010.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE